**KIMBERLY–CLARK WORLDWIDE, INC., and Kimberly–Clark Global Sales, LLC, Plaintiffs–Appellants,**

v.

**FIRST QUALITY BABY PRODUCTS, LLC, First Quality Retail Services, LLC, and First Quality Consumer Products, LLC, Defendants–Appellees.**

Nos. 2013–1493, 2013–1494.

United States Court of Appeals, Federal Circuit.

Oct. 10, 2014.

Constantine L. Trela, Jr., Sidley Austin LLP, of Chicago, IL, argued for plaintiffs-appellants. With him on the brief were Ryan C. Morris and Jeremy M. Bylund, of Washington, DC. Of counsel on the brief were Marc S. Cooperman, J. Pieter Van Es, and Matthew P. Becker, Banner & Witcoff, Ltd., of Chicago, IL, and Anthony Scott Baish, Godfrey & Kahn, S.C., of Milwaukee, WI.

Kenneth P. George, Amster Rothstein & Ebenstein LLP, of New York, NY, argued for defendants-appellees. With him on the brief were Brian A. Comack and Mark Berkowitz. Of counsel on the brief were D. Michael Underhill, Michael A. Brille, and Richard S. Meyer, Boies, Schiller & Flexner LLP, of Washington, DC. Of counsel was Neal Curtis Hannan.

PROST, Chief Judge, CLEVENGER and DYK, Circuit Judges.

### JUDGMENT

PER CURIAM.

This Cause having been heard and considered, it is

Ordered and Adjudged:

**AFFIRMED.** *See* Fed. Cir. R. 36.